The Honorable C.J. Williams
Chief United States
District Judge
United States District Court
Northern District of Iowa

Dear Judge Williams

My name is Marla Rima, and I am Steven's mother. Thank you for taking the time to read my letter and for allowing me to share my perspective.

I know Steven is before the Court because of serious choices he made. I am not writing to excuse or minimize his actions. Steven has accepted responsibility by pleading guilty, and I understand that he must be held accountable. I simply ask that you allow me to share a little about my son.

When I think about Steven, one characteristic stands out above all others: whenever he found something meaningful, he gave it his whole heart.

Steven is the youngest of my three children. Like many families, ours experienced both joyful times and difficult seasons. School was never easy for him, either academically or socially, and he was treated for ADHD throughout much of his time in school. Despite those struggles, we shared wonderful family vacations, laughter, and memories that I still treasure.

After my divorce, I worked hard to provide Steven with a stable and loving home and always encouraged healthy relationships with both sides of his family. When Steven was 14 years old, I married a wonderful man who has been a constant source of love, encouragement, and positive guidance in Steven's life. He has always treated Steven with kindness and respect and has been a strong role model. While Steven has been incarcerated, his father passed away. I remain grateful for the love, support, and example my husband has continued to provide during this difficult time.

When Steven discovered music, he poured himself into it. After graduating and living on his own, he faithfully served as a drummer at his church during worship services as well as regular ministry services. He spent countless hours practicing and was committed to serving through music. Later, he developed a passion for woodworking, spending hours learning his craft and creating tables and other projects. He enjoyed working with his hands and took pride in building quality pieces that would last.

When Steven first began working, he was excited to be on his own and start a career. He enjoyed learning new skills and worked in several different jobs over the years, gaining experience in a variety of fields. He had set goals for himself to work hard, save money and become a successful adult.

Serving others has always been a natural part of Steven's life. Through our church, he volunteered building school desks that were sent to children in underserved communities



DEFENDANT'S EXHIBIT
A-1
25-CR-2058

overseas. He also participated in making laundry detergent for families in need through church outreach projects.

One example of Steven's willingness to help others came one weekend when the mother of a friend needed new flooring in her home. Steven spent the entire weekend installing it for her. Helping others in quiet ways like this was simply part of who he was. I also watched Steven build friendships with people much older than himself because they appreciated his kindness, respect, and willingness to help.

When Steven married, I saw a happiness in him unlike anything I had seen before. He deeply loved his wife and wanted to build a good life with her. When their daughter was born, he had very little experience caring for a baby, yet he embraced fatherhood with humility and determination. He respected his wife's knowledge as a new mother and eagerly learned from her. I watched him become a devoted husband and father who genuinely wanted to provide for his family, support them, and be present in their lives. Family was important to Steven. He made every effort to be present for family gatherings and important milestones.

As his mother, it has been heartbreaking to watch my son face the consequences of the choices he made. Nothing I have written is meant to excuse his actions. I understand Steven must be held accountable.

Since Steven has been incarcerated, I have seen genuine remorse and deep reflection. I have watched him accept responsibility for his actions and, to my knowledge, he has had no disciplinary infractions while in custody. That conduct is consistent with the son I have known throughout his life. He has never been violent, has been respectful of others and authority, and has always been willing to help those around him.

As Steven's mother, I humbly ask the Court to consider the whole person standing before you as you determine an appropriate sentence. Please consider the life he lived before coming before this Court, the remorse he has shown, his conduct while incarcerated, and his lifelong pattern of devoting himself wholeheartedly to meaningful work, service, and family. I believe Steven has the ability to continue growing, to learn from his mistakes, and to live a meaningful and productive life.

There is one hope I quietly carry in my heart; that after Steven has served the sentence the Court determines is appropriate and he completes all necessary programs, I may have the blessing of seeing my son home again. I respectfully leave that hope in the hands of the Court.

Thank you for taking the time to read my letter and for your consideration.

Respectfully,

Marla Rima

Marla Rima
Mother of Steven William Acklin