The Honorable C.J. Williams
Chief United States
District Judge
United States District Court
Northern District of Iowa

Dear Honorable Judge Willams,

My name is Gary Rima, step father to Steven Acklin. I came into Steven's life when he was 11 years old and in 6th grade. He had been diagnosed with ADHD and was a bit immature for his age. School came hard for him and his social skills needed some work.

As I spent more time with and around him I became more and more involved in his daily life. I saw a slow transformation of a boy turning into a young man who loved his family, worked harder at things he was involved in and put in the time and effort to be good at whatever he was doing.
As he was growing up and going though high school he was very involved in the school band, took pride in that, and was very talented. As a young boy he grew up in a 'musican's' family as his dad was a band instructor and his family sang and played at the local church. He took great pride in being an excellent drummer and in time would be a drummer for a church that his mom and I would attend in Cedar Falls, Iowa.

I have always been a big sports fan so I introduced the game of golf to Steven when he was in high school. He would end up going out for the high school golf team and made the varsity team and became a very good golfer. He was a great teammate and worked hard to get better. He took great pride in this accomplishment. It was him stepping out of his comfort zone.

I felt that Steven was always upfront and honest with me whenever we talked about things going on in his life and around the house. Whenever I would ask him to help me with things that needed to be done around the house or yard he always jumped in and helped.

After high school Steven, who school came hard for, decided to go into the working world and not go to college. He obtained a good job in Waterloo/Cedar Falls and moved to that area co-renting with a young man that I knew. To tell the type of friend and young man Steven became, numberous times his roomate would call him late at night and ask him to come get him as his roommate had been out partying and didn't want to drive home. Didn't matter the time of night, Steven would get out of bed if he had to, leave the apartment and go get his roommate and get him home safely.



DEFENDANT'S EXHIBIT
A-2
25-CR-2058

Steven was a responsible young man. He paid his bills on time. He was good roommate. He was a good friend. I was so proud of the little 6th grader I met in 2009 who I watched grow up to where nothing came easy for him. He didn't let that stop him from becoming a productive hard working talented young man.

We are a blended family and Steven got along great with my three sons and daughter. He met and spent time with my brothers and sisters and their wives and husbands and their kids and was always respectful of everyone. My family loves Steven. He is kind, funny, hard working and was enjoyable to be around.

Sometimes in a blended family there is jealousy, family members dont get along, younger ones feel they are ignored or left out of stuff and Steven was never like that. He loved all of his 'new' family and treated everyone respectfully and he earned their respect in return.

We are all surprised at these charges on Steven because it is not characteristic of the person he is or how he lived his young adult life. He was a new husband and father and was doing well in his husband and dad role. He had a good job and was the main provider for his new family.

I know he is deeply sorry for what he did. What he did was wrong and he understands that he must accept the consequences of his actions.

Judge, as his stepfather who saw a young boy who struggled through school yet graduated, a young man who gave hours and hours of time to his church and youth group as a drummer in their church band, as a hard working young man with a wife and daughter and his whole life ahead of him, a young man who made very few mistakes in his life; my plea to the Court is consideration and leniency for Steven who I truly believe will never make this mistake again. I hope after serving the sentence the Court determines is appropriate, he is given the opportunity to rebuild his life and once again become a productive citizen.

Respectfully,

Gary Rima
Step father of Steven Acklin